IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Johnson, Maureen | Case Number: 05 B 06753 |
| | Judge: Hollis, Pamela S |
| Printed: 11/11/08 | Filed: 2/25/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: December 17, 2007
Confirmed: April 11, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 55,174.00 | |
| Secured: | | 17,299.18 |
| Unsecured: | | 35,202.73 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 2,666.17 |
| Other Funds: | | 5.92 |
| Totals: | 55,174.00 | 55,174.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Stuart B Handelman | Administrative | 0.00 | 0.00 |
| 2. | USA Payday Loans | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial | Secured | 910.89 | 910.89 |
| 4. | Bell General Office CU | Secured | 15,617.72 | 15,617.72 |
| 5. | American General Finance | Secured | 368.91 | 368.91 |
| 6. | Wells Fargo Financial | Secured | 401.66 | 401.66 |
| 7. | ECast Settlement Corp | Unsecured | 19,348.98 | 10,897.92 |
| 8. | Discover Financial Services | Unsecured | 4,289.75 | 2,416.11 |
| 9. | Specialized Management Consultants | Unsecured | 5,389.10 | 3,035.29 |
| 10. | ECast Settlement Corp | Unsecured | 11,638.23 | 6,554.99 |
| 11. | Americash Loans, LLC | Unsecured | 1,319.61 | 743.22 |
| 12. | American General Finance | Unsecured | 9.98 | 0.00 |
| 13. | Bell General Office CU | Unsecured | 14,069.54 | 7,924.36 |
| 14. | National Loan Recoveries | Unsecured | 1,862.54 | 1,049.05 |
| 15. | National Loan Recoveries | Unsecured | 2,814.40 | 1,585.13 |
| 16. | Americash Loans, LLC | Unsecured | 1,769.62 | 996.66 |
| 17. | Amina M Rahim M D | Unsecured | | No Claim Filed |
| 18. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 19. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 20. | Bell General Office CU | Unsecured | | No Claim Filed |
| 21. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 22. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 23. | Bell General Office CU | Unsecured | | No Claim Filed |
| 24. | Capital One | Unsecured | | No Claim Filed |
| 25. | Beneficial | Unsecured | | No Claim Filed |
| 26. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Johnson, Maureen | Case Number: 05 B 06753 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 11/11/08 | Filed: 2/25/05 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Check N Go | Unsecured | | No Claim Filed |
| 28. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 29. | Donna Luchetta M D | Unsecured | | No Claim Filed |
| 30. | Grand Victoria Casino | Unsecured | | No Claim Filed |
| 31. | Grand Victoria Casino | Unsecured | | No Claim Filed |
| 32. | Pay Day Loans | Unsecured | | No Claim Filed |
| 33. | One Iron Ventures | Unsecured | | No Claim Filed |
| 34. | Village Of Orland Park | Unsecured | | No Claim Filed |
| 35. | Pay Day Loans | Unsecured | | No Claim Filed |
| 36. | The Cash Store Ltd | Unsecured | | No Claim Filed |
| 37. | Short Term Loans LLC | Unsecured | | No Claim Filed |
| 38. | Robert Salk, Jack Marks | Unsecured | | No Claim Filed |
| 39. | TCF Bank | Unsecured | | No Claim Filed |
| | | | $ 79,810.93 | $ 52,501.91 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 230.17 |
| 3% | 258.91 |
| 5.5% | 1,423.93 |
| 5% | 159.58 |
| 4.8% | 306.38 |
| 5.4% | 287.20 |
| | $ 2,666.17 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

